## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | : | Case No. 22-52666 |
| | : | |
| Empire Sports & Entertainment, Inc., | : | Chapter 11 |
| | : | Subchapter V |
| Debtor. | : | Judge Nami Khorrami |

## APPLICATION FOR EMPLOYMENT AND RETENTION
## OF STRIP, HOPPERS, LEITHART, MCGRATH & TERLECKY CO., LPA
## AS BANKRUPTCY COUNSEL TO THE DEBTOR

Now comes Empire Sports & Entertainment, Inc. ("Applicant"), and hereby requests, pursuant to 11 U.S.C. §327(a), Fed. R. Bankr. P 2014, and LBR 2014-1, that the Court authorize the employment of John W. Kennedy and Strip, Hoppers, Leithart, McGrath & Terlecky Co., LPA as bankruptcy counsel to the Debtor.  In support of its Application, Applicant respectfully represents the following:

__X__ Applicant is the Debtor in the captioned case.

__X___ Applicant wishes to employ Strip, Hoppers, Leithart, McGrath & Terlecky Co., LPA to represent it in this case.

__X___ Myron N. Terlecky and John W. Kennedy are members or associates of Strip, Hoppers, Leithart, McGrath & Terlecky Co., LPA.  Each is an attorney duly admitted to practice in this Court and is in good standing.

__X__ Applicant has selected Strip, Hoppers, Leithart, McGrath & Terlecky Co., LPA for the reason that it has had significant experience in bankruptcy and reorganization matters and is well-qualified to represent the estate.

__X___ The professional services to be rendered by Strip, Hoppers, Leithart, McGrath & Terlecky Co., LPA shall include, but are not limited to, the following: (a) to advise the Debtor with respect

to its rights, powers and duties in this case; (b) to advise and assist the Debtor in the preparation

of its petition, schedules, and statement of financial affairs; (c) to assist and advise the Debtor in

connection with the administration of this case; (d) to analyze the claims of the creditors in this

case, and negotiate with such creditors; (e) to investigate the acts, conduct, assets, rights, liabilities

and financial condition of the Debtor and the Debtor's business; (f) to advise and negotiate with

respect to the sale of any or all assets of the Debtor; (g) to investigate, file and prosecute litigation

of behalf of the Debtor; (h) to propose a plan of reorganization; (i) to appear and represent the

Debtor at hearings, conferences, and other proceedings; (j) to prepare and/or review motions,

applications, orders, and other filings filed with the Court; (k) to institute or continue any

appropriate proceedings to recover assets of the estate; and (l) to perform any and all such other

legal services as may be required that are in the best interest of the estate or its creditors.

__X___ Strip, Hoppers, Leithart, McGrath & Terlecky Co., LPA does not hold or represent any

interest adverse to the estate as required by 11 U.S.C. §327(a), except as set forth in the Affidavit

of Counsel attached hereto as Exhibit A.

__X___ Strip, Hoppers, Leithart, McGrath & Terlecky Co., LPA is a disinterested person as

required by 11 U.S.C. §327 and as defined in 11 U.S.C. §101(14).

__X___ Strip, Hoppers, Leithart, McGrath & Terlecky Co., LPA proposes to perform legal

services in connection with its employment on an hourly basis, at its usual and customary hourly

rates, plus reimbursement of reasonable and necessary expenses. Attorneys' current hourly rates

are $375/hour for Myron N. Terlecky, $325/hour for John W. Kennedy, and $125/hour for law

clerks.  These hourly rates are subject to periodic adjustments. Notice of any such adjustments

shall be filed with the Court within 30 days of the effective date of the adjustment.

_____ Strip, Hoppers, Leithart, McGrath & Terlecky Co., LPA has been paid $0.00 in fees and/or

expenses from the Debtor from a period of one year prior to the filing of the Debtor's petition through the date of this Application. The fees were paid on <u>N/A</u>. The source of the fees was <u>N/A</u>.

__X___ Strip, Hoppers, Leithart, McGrath & Terlecky Co., LPA will submit interim and final applications for compensation and reimbursement of expenses in accordance with the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules, and such other and further orders as the Court may enter.

_____ Strip, Hoppers, Leithart, McGrath & Terlecky Co., LPA has received no funds from the Debtor or the Debtor's estate from a period of one year prior to the filing of the Debtor's petition through the date of this Application.

__X___ Strip, Hoppers, Leithart, McGrath & Terlecky Co., LPA received a retainer in the amount of $25,400.00 from the Debtor within one year prior to the filing of the petition through the date of this Application. The retainer was paid in two payments: $400.00 on August 5, 2022, and $25,000.00 on August 23, 2022.  The source of the retainer was the Debtor.  Funds from the retainer were used to pay the Court filing fee.  The balance of the retainer has been placed in the Firm's Trust Account pending further order of the Court permitting the application of funds from the retainer to payment of fees and reimbursement of expenses.

_____ Strip, Hoppers, Leithart, McGrath & Terlecky Co., LPA has received or sought no retainer from the Debtor within one year prior to the filing of the petition through the date of this Application.

__X___ To the best of Applicant's knowledge, Strip, Hoppers, Leithart, McGrath & Terlecky Co., LPA has no connections with the Debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee, except as set forth on the Attached Exhibit A.

__X__ The proposed employment of Strip, Hoppers, Leithart, McGrath & Terlecky Co., LPA is not prohibited by or improper under Fed. R. Bank. P. 5002.

WHEREFORE, Applicant moves for an Order of this Court authorizing the retention and employment, as of the date of this Application, of Strip, Hoppers, Leithart, McGrath & Terlecky Co., LPA as attorneys for the estate, to be compensated as set forth above.

Respectfully submitted,

Empire Sports & Entertainment, Inc.

Dated:  September 15, 2022          /s/ Alexander M. Schaffer
                                                    Alexander M. Schaffer
                                                    Its: President



                                                     /s/ John W. Kennedy
                                                    Myron N. Terlecky (0018628)
                                                    John W. Kennedy (0042672)
                                                    Strip, Hoppers, Leithart, McGrath & Terlecky Co., LPA
                                                    575 South Third Street
                                                    Columbus, Ohio 43215-5759
                                                    Telephone: (614) 228-6345
                                                    Facsimile: (614) 228-6369
                                                    Email:  mnt@columbuslawyer.net
                                                                jwk@columbuslawyer.net
                                                    Proposed Attorneys for Debtor and Debtor-in-Possession

**EXHIBIT A**

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | : | Case No. 22-52666 |
| | : | |
| Empire Sports & Entertainment, Inc., | : | Chapter 11 |
| | : | Subchapter V |
| Debtor. | : | Judge Nami Khorrami |

### <u>AFFIDAVIT OF COUNSEL</u>

| | |
|---|---|
| STATE OF OHIO | } |
| | } ss: |
| COUNTY OF FRANKLIN | } |

I, John W. Kennedy, being duly sworn, hereby declare under penalty of perjury the following:

I am an attorney at the Law Firm of Strip, Hoppers, Leithart, McGrath & Terlecky Co., LPA, and I am duly authorized to make this Affidavit on behalf of Strip, Hoppers, Leithart, McGrath & Terlecky Co., LPA.  Except as otherwise noted, I have personal knowledge of the matters set forth herein.

My mailing address, telephone number, email address and state bar number are:

John W. Kennedy (0042672)
Strip, Hoppers, Leithart, McGrath & Terlecky Co., LPA
575 South Third Street
Columbus, Ohio 43215-5759
Telephone: (614) 228-6345
Facsimile: (614) 228-6369
Email: jwk@columbuslawyer.net

I am an Attorney licensed and in good standing to practice in the State of Ohio and am duly admitted to practice in the United States District Court, Southern District of Ohio.

The representations set forth in the Application for Retention and Employment of Strip,

Hoppers, Leithart, McGrath & Terlecky Co., LPA as Bankruptcy Counsel for the Debtor are true and correct.

Neither I nor Strip, Hoppers, Leithart, McGrath & Terlecky Co., LPA have any past or present relationship to the Debtor, the Trustee, any creditor, or equity security holder of the Debtor(s), except that the law firm previously represented Alex Schaffer, the sole shareholder of the Debtor, on matters unrelated to the Debtor's business.  The representation of Mr. Schaffer was terminated prior to the filing of this case.  The payments received from Mr. Schaffer prior to this case being filed are set forth in Exhibit 1 attached hereto.  Further, neither I nor Strip, Hoppers, Leithart, McGrath & Terlecky Co., LPA have any connection with the Debtor, creditors, or any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee, except that Myron N. Terlecky is a member of the private panel of Chapter 7 Trustees maintained by the United States Trustee.

Neither I nor Strip, Hoppers, Leithart, McGrath & Terlecky Co., LPA hold or represent an interest adverse to the estate.

I and Strip, Hoppers, Leithart, McGrath & Terlecky Co., LPA are disinterested persons as required by 11 U.S.C. §327 and as defined in 11 U.S.C. §101(14), except <u>None</u>.

My proposed employment and the employment of Strip, Hoppers, Leithart, McGrath & Terlecky Co., LPA are not prohibited by or improper under Fed. R. Bankr. P. 5002.

I have not received any compensation herein within one year prior to the filing of the Debtor's petition through the date of the Application, except <u>None</u>.

I declare under penalty of perjury that the foregoing is true and correct.


  /s/ John W. Kennedy
John W. Kennedy

Sworn to and subscribed before me by the said John W. Kennedy on this 15th day of September 2022. *This is a jurat certificate; an oath or affirmation was administered to the signer with regard to this notarial act.*

/s/ Mary L. Villarreal
Notary Public
My commission expires: 1-26-2026

**EXHIBIT A**

Date: 08/10/2022

Tab33 Client Ledger Report

Strip, Hoppers, Leithart, McGrath & Terlecky Co., LPA

Page: 1

From 01/01/2021 Thru 08/10/2022

**17962.000M  Schaffer/Alex**
RE: Representation of Third Party Defendant in Divorce

| Date | Ref # | Stmt # | Fee Amount | Hours | Expense Amount | Advance Amount | Payment Amount | Apply to Stmt # | Bill Total | Balance Due |
|------|-------|--------|-----------|-------|----------------|----------------|----------------|-----------------|-----------|-------------|
| 10/28/2021 | 1 | 1 | 2,206.50 | 16.00 | | | | | 2,206.50 | 2,206.50 |
| 11/09/2021 | 2 | 2 | | | | | 2,206.50R | | | 0.00 |
| 11/30/2021 | 3 | 2 | 1,291.50 | 4.10 | | | | | 1,291.50 | 1,291.50 |
| 01/03/2022 | 4 | 3 | | | | | 291.50R | | | 1,000.00 |
| 01/04/2022 | 5 | 3 | | | | | 1,000.00R | | | 0.00 |
| 01/27/2022 | 7 | 3 | 661.50 | 2.10 | | | | | 661.50 | 661.50 |
| 01/27/2022 | 6 | 3 | | | | | 661.50R | | | 0.00 |
| 02/28/2022 | 9 | 4 | 1,197.00 | 3.80 | 9.00 | | | | 1,206.00 | 1,206.00 |
| 02/28/2022 | 8 | 4 | | | | | 150.50R | | | 1,055.50 |
| 04/27/2022 | 10 | 5 | | | | | | | | 1,055.50 |
| 05/18/2022 | 11 | 6 | | | | | | | | 1,055.50 |
| 05/24/2022 | 13 | 7 | | | | | | | | 1,055.50 |
| 05/24/2022 | 12 | 7 | | | | | 1,055.50R | | | 0.00 |
| 07/28/2022 | 14 | 8 | 619.50 | 3.40 | | | | | 619.50 | 619.50 |
| 08/05/2022 | WIP | | | | | | 619.50R | | | 0.00 |
| Subtotal | | | 5,976.00 | 29.40 | 9.00 | | 5,985.00 | | 5,985.00 | 0.00 |

Date: 08/10/2022

**Tab3 Client Ledger Report**
Strip, Hoppers, Leithart, McGrath & Terlecky Co., LPA

From 01/01/2021 Thru 08/10/2022

| | Date | Ref # | Stmt # | Fee Amount | Hours | Expense Amount | Advance Amount | Payment Amount | Apply to Stmt # | Bill Total | Balance Due |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **17962.001M  Schaffer/Alex** | | | | | | | | | | | |
| RE: Breach of Settlement Agreement | | | | | | | | | | | |
| | 12/30/2021 | 2 | 1 | 2,458.00 | 7.60 | | | | | 2,458.00 | 2,458.00 |
| | 12/30/2021 | 1 | 1 | | | | | 2,458.00R | | | 0.00 |
| | 01/27/2022 | 4 | 2 | 1,978.50 | 6.10 | | | | | 1,978.50 | 1,978.50 |
| | 01/27/2022 | 3 | 2 | | | | | 2,139.00R | | | -160.50 |
| | 02/28/2022 | 6 | 3 | 2,721.00 | 8.40 | 93.78 | | | | 2,814.78 | 2,654.28 |
| | 02/28/2022 | 5 | 3 | | | | | 403.00R | | | 2,251.28 |
| | 03/31/2022 | 7 | 4 | 3,073.50 | 9.50 | 62.52 | | | | 3,136.02 | 5,387.30 |
| | 04/28/2022 | 9 | 6 | | | | | 5,387.30R | | | 0.00 |
| | 04/29/2022 | 8 | 5 | 1,137.50 | 3.50 | | | | | 1,137.50 | 1,137.50 |
| | 05/24/2022 | WIP | | | | | | 1,137.50R | | | 0.00 |
| | 05/27/2022 | 10 | 6 | 581.00 | 1.80 | | | | | 581.00 | 581.00 |
| Subtotal | | | | 11,949.50 | 36.90 | 156.30 | | 11,524.80 | | 12,105.80 | 581.00 |
| **Total** | | | | 17,925.50 | 66.30 | 165.30 | | 17,509.80 | | 18,090.80 | 581.00 |

MAP

**NOTICE OF APPLICATION FOR THE EMPLOYMENT AND RETENTION OF STRIP, HOPPERS, LEITHART, MCGRATH & TERLECKY CO., LPA AS BANKRUPTCY COUNSEL TO THE DEBTOR AND CERTIFICATE OF SERVICE**

The Debtor and Debtor in Possession has filed an application seeking to employ the Law Firm of Strip, Hoppers, Leithart, McGrath & Terlecky Co., LPA as attorneys for the Debtor and Debtor-in-Possession.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  If you do not have an attorney, you may wish to consult one.

If you do not want the court to grant the relief sought in the Application, **then on or before twenty-one (21) days from the date set forth in the certificate of service for the Application**, you must file with the court a response explaining your position by mailing your response by regular U.S. Mail to Clerk, United States Bankruptcy Court, 170 North High Street, Columbus, Ohio 43215, OR your attorney must file a response using the court's ECF system.

The Court must **receive** your response on or before the date set forth above.

You must also send a copy of your response either by 1) the court's ECF System, or by 2) regular U.S. Mail to:

United States Trustee                         John W. Kennedy, Esq.
170 North High Street, Suite 200              Strip, Hoppers, Leithart, McGrath & Terlecky Co.,
Columbus, Ohio 43215                          LPA
                                              575 South Third Street
                                              Columbus, Ohio 43215

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the Application and may enter an order granting that relief without further notice or hearing.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the *APPLICATION FOR EMPLOYMENT AND RETENTION OF STRIP, HOPPERS, LEITHART, MCGRATH & TERLECKY CO., LPA AS BANKRUPTCY COUNSEL TO THE DEBTOR* was served (i) electronically on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court and (ii) by First Class U.S. Mail on September 19, 2022, addressed to the Debtor, the Office of the United States Trustee, the Subchapter V Trustee, the twenty largest unsecured creditors, all secured creditors and those other parties set forth on the attached mailing matrix.

/s/ John W. Kennedy
John W. Kennedy (0042672)

AMAZON WEB SERVICES
410 TERRY AVE N
SEATTLE WA  98109

AMERICAN EXPRESS NATIONAL
BANK
C/O ZWICKER & ASSOCIATES PC
80 MINUTEMAN RD. P O BOX 9043
ANDOVER MA  01810-1041

CAPITAL ONE BANK USA NA
4851 COX RD
GLEN ALLEN VA 23060

CHASE BANK
340 S CLEVELAND AVE
BLDG 370
WESTERVILLE OH  43081

U S ATTORNEYS OFFICE
303 MARCONI BLVD #200
COLUMBUS OH  43215

TICKETNETWORK
75 GERBER RD E
SOUTH WINDSOR CT  06074

US SMALL BUSINESS ADMIN
14925 KINGSPORT RD
FORTH WORTH TX  76155

VORYS SATER SEYMOUR
AND PEASE LLP
52 EAST GAY ST
COLUMBUS OH  43215

WEBBANK/PAYPAL WORKING
CAPITAL
215 S STATE ST #1000
SALT LAKE CITY UT  84111

OFFICE OF THE U S TRUSTEE
170 N HIGH ST #200
COLUMBUS OH  43215

JAMES A COUTINHO
ALLEN STOVALL NEUMAN &
ASHTON LLP
17 SOUIH HIGH ST #1220
COLUMBUS OH  43215

EMPIRE SPORTS &
ENTERTAINMENT INC
ATTN ALEX SCHAFFER
5900 SAWMILL RD #200
DUBLIN OH  43017